AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:22-mj-00087 |
| CHRISTOPHER SWAYZEE VARNER | ) Assigned To : Harvey, G. Michael |
| DOB: xx/xx/xxxx-PDID: xxx-xxx | ) Assign. Date : 4/28/2022 |
| | ) Description: Complaint W/ Arrest Warrant |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___April 27, 2022___ in the county of _____ in the _____ District of ___Columbia___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(iii) | Unlawfully, knowingly and intentionally possess with intent to distribute 28 grams or more of cocaine base |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Christopher Smith, Detective, MPD
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: 04/28/2022                                                  _____
*Judge's signature*

City and state: Washington, DC                G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*