Case 1:22-cr-00315-ABJ   Document 1-1   Filed

Case: 1:22-mj-00087
Assigned To : Harvey, G. Michael
Assign. Date : 4/28/2022
Description: Complaint W/ Arrest Warrant

## STATEMENT OF FACTS

On Wednesday April 27, 2022, at approximately 6:25 hours, members of the VCIT unit along with members of the DEA task force executed a D.C. Superior Court Search Warrant (2022 CSWSLD 001340), at 3117 Buena Vista Terrace SE Washington, D.C., Apt # 4.

Sgt. Jacquez knocked on the front door while yelling police search warrant. After the occupants refused to answer, members of law enforcement were able to gain entry by use of a battering ram. Upon entry into the location, law enforcement located Defendant Christopher Varner and Female #1 inside of Bedroom #1. While placing both individuals in handcuffs, Detective Delpo observed in plain sight a napkin, next to the bed, containing approximately 53 grams of a white rock like substance. The substance field-tested positive for cocaine.

A further search of the location resulted in the discovery of the listed items:

Living room area:

- A plastic bag containing 276 grams of a white powdery substance (substance was not field tested due to suspected fentanyl – the substance is being submitted for laboratory analysis);

- A plastic baggie with 9.2 grams of a powdery substance (substance was not field tested due to suspected fentanyl – the substance is being submitted for laboratory analysis);

- A small plastic bag with 5.8 grams of a powdery substance (substance was not field tested due to suspected fentanyl – the substance is being submitted for laboratory analysis)[1];

- A Smith and Wesson 9 mm serial # RBA1953 semiautomatic pistol inside of a back pack. The firearm was loaded with 10 9mm rounds of ammo. Also located in the back pack was a loose round of ammo and an additional magazine; and

- Numerous digital scales were located on the table in the living room a set of keys that open the door to Apt. 4 of 3117 Buena Vista.[2]

In your affiant's experience, the amount of narcotics recovered in Bedroom #1, as well as the drug distribution materials were more consistent with distribution than that of personal use.

---

[1] The substances from the living room that are suspected of containing fentanyl are not currently the basis of charges as we await further information regarding the substances.

[2] A search was also conducted of Bedroom #2. Law enforcement recovered a revolver handgun, digital scales, mail matter in the name of Male #2; and numerous cell phones. Male #2 was not present at the time that the search warrant was executed. Male #2 is currently on release pending sentencing in District Court narcotics case.

      The apartment had numerous clothes and shoes belonging to Defendant Varner, who appeared to have been asleep in Bedroom #1 at the time police made their announcement. In a search incident to arrest, law enforcement recovered $2,239.00 in U.S. Currency from Defendant Varner's pants pocket.

      Following Defendant Varner's arrest, he made statements to law enforcement that Female #1 had no involvement with the items recovered from the apartment.

_____
DETECTIVE CHRISTOPHER SMITH
Detective Grade 2, Violent Crime Suppression
Division - DEA Task Force
Investigative Services Branch
Badge D2-1650
Metropolitan Police Department

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 28th day of April 2022.*

_____
G. MICHAEL HARVEY
U.S. MAGISTRATE JUDGE