# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 22-CR-315 (ABJ)** |
| | : | |
| v. | : | **VIOLATIONS:** |
| | : | **21 U.S.C. §§ 841(a)(1), 841(b)(1)(C)** |
| **CHRISTOPHER VARNER** | : | **(Unlawful Possession with Intent to** |
| | : | **Distribute Cocaine Base)** |
| **Defendant.** | : | |
| | : | |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

On or about April 27, 2022, within the District of Columbia, **CHRISTOPHER VARNER** did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of Cocaine Base, a Schedule I controlled substance.

(**Unlawful Possession With Intent to Distribute Cocaine Base**, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C))

Respectfully submitted,

*Matthew M. Graves /GPR*

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

*/s/ Meredith E. Mayer-Dempsey*
MEREDITH E. MAYER-DEMPSEY
N.Y. Attorney No. 5213202
Assistant United States Attorney
Federal Major Crimes Section
601 D Street NW
Washington, D.C. 20530
(202) 815-4063
Meredith.Mayer-Dempsey@usdoj.gov